FILED

2024 Oct-09  AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GERALD LAMAR MATTHEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:24-cv-00870-ACA-HNJ |
| | ) | |
| QCHC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM OPINION</u>

The magistrate judge entered a report recommending the dismissal of this action without prejudice for lack of prosecution. (Doc. 4). Although the magistrate judge advised Plaintiff Gerald Lamar Matthews of his right to file specific written objections within fourteen days and of the consequences of failing to object (*id.* at 2–3), the court has not received any objections.

Mr. Matthews's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action for lack of prosecution.

The court will enter a separate final order.

**DONE** and **ORDERED** this October 9, 2024.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE